Argued July 18, reversed August 17, 1977

CARLSON, *Respondent,*

*v.*

GEORGIA PACIFIC CORPORATION, *Appellant.*

(No. 76-1005, CA 7707)

567 P2d 614

Robert F. Walberg, Coos Bay, argued the cause for appellant. With him on the brief was Chandler, Walberg & Whitty, Coos Bay.

Roger B. Todd, North Bend, argued the cause for respondent. With him on the brief was Flaxel, Todd & Flaxel, North Bend.

Before Schwab, Chief Judge, and Tanzer and Johnson, Judges.

PER CURIAM.

**PER CURIAM.**

In this worker's compensation case the Evaluation Division of the Workers' Compensation Board, referee and Board on review all awarded claimant 40.5 degrees for 30 percent loss of use of his right foot. The trial court raised the award to 45 percent loss of function of claimant's right foot. We defer to the expertise of the administrative agency. As we noted in *Hannan v. Good Samaritan Hosp.,* 4 Or App 178, 193, 471 P2d 831, 476 P2d 931 (1970), Sup Ct *review denied* (1971), and *Romero v. Compensation Department,* 250 Or 368, 373, 440 P2d 866 (1968), tells us:

> "* * * Further, it would seem that in the type of case we have before us, where the criteria for appraising disability is at best vague and highly subjective, the administrative agency should have some leeway in developing, if possible, a pattern of decision-making by a comparison of the many cases which are presented to it."

Reversed.